# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| JESSICA TOWNSEND, ] | |
| ] | Case No. 1:21-cv-00096-GNS |
| **Plaintiff,** ] | |
| ] | |
| vs. ] | Judge Greg N. Stivers |
| ] | |
| DYNAMIC EDGE, INC., ] | |
| DYNAMIC EDGE, LLC, and ] | |
| DYNAMIC EDGE SERVICES INC., ] | |
| ] | |
| **Defendants.** ] | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jessica Townsend submits this Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

s/ Curt M. Masker
Curt M. Masker (BPR No. 037594)
THE MASKER FIRM
810 Dominican Drive, Suite 314
Nashville, Tennessee  37228
Telephone: 615.270.2098
Facsimile: 615.821.0632
curt@maskerfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon the following via the Court's CM/ECF system this 4th day of November, 2021, upon:

Mary Dohner Smith, TN Bar No. 21451
mdohner@constangy.com
**CONSTANGY, BROOKS, SMITH& PROPHETE, LLP**
401 Commerce Street, Suite 1010
Nashville, TN 37219
615/ 320-5200
615/ 321-5891 (facsimile)

Heather Lake
hlake@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2600 Grand Blvd., Ste. 750
Kansas City, MO 64108
816/329-5915
816/472-6401

*Counsel for Defendant*

s/ Curt Masker